F I L E D
Clerk
District Court

DEC 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO RAPADAS
   United States Attorney
2  District of the Northern Mariana Islands

3  BEVERLY R. MCCALLUM
   Assistant United States Attorney
   Horiguch Building, 3rd Floor
   Saipan, MP 96950
4  Telephone (670) 236-2980
   Fax (670) 236-2985

5

6              UNITED STATES DISTRICT COURT

7          DISTRICT OF THE NORTHERN MARIANA ISLANDS

8  | IN RE:                                          | MC 07 - 00065

9  |                                                 |
   | The property, also known as "Huang Zheng        | MOTION TO SEAL
10 | Corporation, Ltd.," a compound located in       |
   | Puerto Rico village, Saipan, CNMI, on the north-|
11 | east corner of Chalan Pale Arnold Road and      |
   | Puerto Rico Drive, and the property located on  |
12 | the east side of Chalan Pale Arnold Road        |
   | approximately 720 feet south of the south-west- |
13 | most corner of the above-described "Huang       |
   | Zheng Corporation, Ltd." property               |
14

15       The United States of America by and through counsel undersigned respectfully moves

16  this Court for an Order sealing the Search Warrant and the Affidavit accompanying the Search

17  Warrant issued by this Court on December 21, 2007. The government further requests that this

18  motion and accompanying order be sealed until further order of the court. Sealing is necessary,

19  because the items and information to be seized are relevant to an ongoing investigation.

20  Premature disclosure of the contents of the Search Warrant, the accompanying Affidavit and

21  related documents may have a negative impact on this continuing investigation and may

22  jeopardize its effectiveness.

23       DATED this 21st day of _____December_____, 2007

24

25                                          LEONARDO RAPADAS
                                            United States Attorney
26                                          District of the Northern Mariana Islands

27                                          /s/ Beverly R. McCall
                                            BEVERLY R. MCCALLUM
28                                          Assistant U.S. Attorney