FILED
Clerk
District Court

DEC 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE:<br><br>The property, also known as "Huang Zheng Corporation, Ltd.," a compound located in Puerto Rico village, Saipan, CNMI, on the north-east corner of Chalan Pale Arnold Road and Puerto Rico Drive, and the property located on the east side of Chalan Pale Arnold Road approximately 720 feet south of the south-west-most corner of the above-described "Huang Zheng Corporation, Ltd." property | MC 07 - 00065<br><br>ORDER |

Based upon the Motion of the United States of America, and good cause appearing therefor,

IT IS ORDERED that the search warrant and the affidavit accompanying the issuance of the search warrant issued on December 21, 2007, as well as the government's motion to seal and proposed order thereon, are hereby sealed until further order of this Court.

DATED this 21ST day of December, 2007.

5:10 pm

_____
Honorable Alex R. Munson
Chief United States District Court Judge