AO 93 (Rev. 8/98) Search Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

District of    the Northern Mariana Islands

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The property, also known as "Huang Zheng Corporation, Ltd.," a compound located in Puerto Rico village, Saipan, CNMI, on the north-east corner of Chalan Pale Arnold Road and Puerto Rico Drive, the entrance to which is located on the north side of Puerto Rico Drive and approximately 200 feet east of Chalan Pale Arnold Road; and the property located on the east side of Chalan Pale Arnold Road approximately 720 feet south of the south-west-most corner of the above-described "Huang Zheng Corporation, Ltd." property, approximately 100 feet north of the intersection of Chalan Pale Arnold Road and Puetto Street.

## SEARCH WARRANT

Case Number: **MC 07 - 00065**

F I L E D
Clerk
District Court

JAN - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO:   Special Agent Joseph E. Auther, FBI   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Joseph E. Auther, FBI   who has reason to believe
                                     Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

the property, also known as "Huang Zheng Corporation, Ltd.," a compound located in Puerto Rico village, Saipan, CNMI, on the north-east corner of Chalan Pale Arnold Road and Puerto Rico Drive, the entrance to which is located on the north side of Puerto Rico Drive and approximately 200 feet east of Chalan Pale Arnold Road; and the property located on the east side of Chalan Pale Arnold Road approximately 720 feet south of the south-west-most corner of the above-described "Huang Zheng Corporation, Ltd." property, approximately 100 feet north of the intersection of Chalan Pale Arnold Road and Puetto Street, more fully described in Attachment A, attached hereto and incorporated by reference.

in the   island of Saipan   District of   the Northern Mariana Islands   there is now concealed a certain person or property, namely (describe the person or property)

the items set forth in Attachment B, attached hereto and incorporated by reference.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    December 31, 2007
                                                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ **in the daytime — 6:00 AM to 10:00** ☐ at anytime in the day or night as I find reasonable cause has been **established** and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
_____ as required by law.

U.S. Judge or Magistrate

12-31-07  5:15pm           at    Saipan, MP
Date and Time Issued                                   City and State

Alex R. Munson, Judge                   Alex R. Munson
Name and Title of Judicial Officer                Signature of Judicial Officer

| RETURN | | Case Number: | MC-07-00065 |
|---|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12-21-2007 | 12/28/07  1:30 PM | | QUAN HUANG |

INVENTORY MADE IN THE PRESENCE OF

QUAN HUANG AND SPECIAL AGENT JAMES T. BARRY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) INVOICES AND DEPT. OF COMMERCE SCRAP METAL TRANSACTION FORMS FOR MONTHS OF OCT, NOV AND DEC. 2007.
2) MAXTOR 160 GB HARD DRIVE
3) YELLOW BINDER WITH BANK RECORDS
4) CARDBOARD BOX WITH PHONE RECORDS
5) TWO HARD COPIES OF E-MAILS FROM PETER CHE
6) 15 HYDREL #2067 RECTANGULAR FLOODLIGHTS
7) SEVEN (7) HYDREL #2010 SQUARE FLOODLIGHTS
8) FOURTEEN (14) GLARE SHIELDS
9) MAXTOR 250 GB HARD DRIVE
10) 2 - SEAGATE BARRACUDA 320 GB HARD DRIVES
11) MISCELLANEOUS INVOICES AND CNMI DEPT. OF COMMERCE RECORDS.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

Alex R. Munson                                           1-4-08
U.S. Judge or Magistrate                                  Date

Attachment A

Description of Premises to be Searched

1.) The property, also known as "Huang Zheng Corporation, Ltd.," a compound located in the village of Puerto Rico on the island of Saipan, in the Commonwealth of the Northern Mariana Islands, on the north-east corner of Chalan Pale Arnold Road and Puerto Rico Drive, the entrance to which is located on the north side of Puerto Rico Drive and approximately two hundred (200) feet east of Chalan Pale Arnold Road, and which includes two (2) warehouses, a partially-enclosed concrete-block building, a concrete-block building with a red-tiled roof, and open area encircled by a concrete wall; and

2.) The property (see aerial photograph attached hereto as Exhibit 1(A) and photograph attached hereto as Exhibit 1(B)) photograph attalocated (a) on the east side of Chalan Pale Arnold Road approximately seven hundred twenty (720) feet south of the south-west-most corner of the above-described "Huang Zheng Corporation, Ltd." property, (b) approximately 100 feet north of the intersection of Chalan Pale Arnold Road and Puetto Street, and (c) located in the center of a block building and to the north of, and contiguous to, a part of the same block building that bears a row of "Marlboro" logos, and to the north of, and contiguous to, part of the same block building that bears painting that reads "Yu Bo Corp";

Attached and incorporated by reference is Exhibit 1-A, an aerial photograph of the property above-described in paragraph 1.). Also attached and incorporated by reference is Exhibit 1-B, a photograph of the property above-described in paragraph 2.).



Exhibit 1 - B



Exhibit 1-A

Attachment B

Description of Items to be Seized

1.) Stolen property of the United States, including metal, brass-colored light fixtures and component parts of those fixtures;

2.) Records of transactions and activities relating to the theft of government property or other violation of 18 United States Code Section 641, including but not limited to video recordings and documentary records, ledgers, invoices, reports, customer lists, books, notes, diaries and any records reflecting the names, addresses, telephone numbers and other contact and identification data;

3.) Currency, financial statements, bank or credit union account records, bank, credit union or credit card receipts, and other evidence of financial transactions relating to obtaining, transferring, secreting or spending various sums of money made from engaging in theft of government property or other violations of 18 United States Code 641;

4.) Items of business or personal property which tend to identify the person(s) in occupancy or control of the premises that are the subject of this warrant, including but not limited to receipts, invoices, telephone bills, statements or similar documents, identification documents and room keys, storage facility rental agreements and records of mail services;

5.) Bills of lading, customs and shipping documentation, and other records related to the transportation or shipping of stolen government property or other items related to violations of United States Code Section 641;

6.) Photographs, long distance or other telephone toll records, cellular telephones, electronic pagers/beepers, personal phone books or other records tending to depict or identify potential witnesses to and co-conspirators in the theft of government property or other violation of 18 United States Code Section 641;

7.) Computers and computer-stored information, including but not limited to video recordings, relating to theft of government property or other violation of 18 United States Code Section 641, and such records retained or maintained on any type of telephone, telephone answering machines, "Blackberry"-type communication devices, or information maintained on any other electronic device that is capable of record storage.