FILED
Clerk
District Court

MAY 2 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In the Matter of the Search of )<br>The property, also known as "Huang Zheng Corporation, Ltd.," a )<br>compound located in Puerto Rico village, Saipan, CNMI, on the )<br>north-east corner of Chalan Pale Arnold Road and Puerto Rico )<br>Drive, the entrance to which is located on the north side of Puerto )<br>Rico Drive and approximately 200 feet east of Chalan Pale Arnold )<br>Road; and the property located on the east side of Chalan Pale )<br>Arnold Road approximately 720 feet south of the south-west-most )<br>corner of the above-described "Huang Zheng Corporation, Ltd." )<br>property, approximately 100 feet north of the intersection of )<br>Chalan Pale Arnold Road and Puetto Street. )<br>)<br>) | Case No.: MC 07 – 00065<br><br>**MOTION TO UNSEAL<br>SEARCH WARRANT AND<br>APPLICATION AND AFFIDAVIT**<br><br>(UNDER SEAL) |

     The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court to enter an order unsealing the Search Warrant and underlying Application and Affidavit in this cause. The criminal investigation that prompted the request for the Search Warrant has been concluded.

     Accordingly, the Search Warrant and underlying Application and Affidavit should be unsealed at the earliest possible opportunity.

     Respectfully submitted this 23rd day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the Northern
Mariana Islands

*/s/ Beverly R. McCall*
BEVERLY R. McCALLUM
Assistant United States Attorney

1