1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAY 2 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

5

6

7

8

9

10

11

In the Matter of the Search of

The property, also known as "Huang Zheng Corporation, Ltd.," a
compound located in Puerto Rico village, Saipan, CNMI, on the
north-east corner of Chalan Pale Arnold Road and Puerto Rico
Drive, the entrance to which is located on the north side of Puerto
Rico Drive and approximately 200 feet east of Chalan Pale Arnold
Road; and the property located on the east side of Chalan Pale
Arnold Road approximately 720 feet south of the south-west-most
corner of the above-described "Huang Zheng Corporation, Ltd."
property, approximately 100 feet north of the intersection of
Chalan Pale Arnold Road and Puetto Street.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.: MC 07 – 00065


ORDER

12

13

14

15

16

Upon motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Search Warrant and the underlying Application and

Affidavit be unsealed.

IT IS FURTHER ORDERED that the entire case be unsealed.

17

18

19

20

21

DATED this 23rd day of May, 2008.

*Alex R. Munson*

ALEX R. MUNSON
Chief Judge, United States District Court

22

23

24

25